| | |
|---|---|
| Bechenbach v. Sanshine et: | 18899 |
| Cols. Del. & M. Co. v. Carr | 18901 |
| Dunstan v. Stork | 18890 |
| Esway v. Canton (City) | 18891 |
| Franklin Co. (Comrs) v. Com. Nat. Bank | 18866 |
| Indust. Com. v. Hesson | 18906 |
| Indust. Com. v. Krol, Guard. | 18885 |
| Moser v. Simmons | 18905 |
| No. Elect. Co. v. Elect. Prods. Co. | 18893 |
| O'Connor v. Mackey | 18881 |
| Orphan v. State | 18884 |
| Portsmouth (City) v. Mitchell Mfg. Co. | 18895 |
| State ex v. Arnold | 18880 |
| Schaefer v. Brewer, Admr. | 18889 |
| Sommers v. Putnam Co. Bd. Ed. | 18894 |
| State v. Ladow | 18966 |
| Sterling Coal Co. v. Mix | 18888 |
| Tery v. McShaffrey, Const. Co | 18927 |
| Warner v. Piechocki | 18883 |
| Widrig v. Levison | 18903 |
| Xander, exr. v. Zehring | 18886 |

## GENERAL DOCKET.

18700—Morris F. Luff v. State; error to Appeals of Cuyahoga. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-14-24, 2 Abs. 450.

17789—State, ex rel. Wyant, v. W. Albert Davis, Director. In Mandamus. Dismissed without prejudice and without record by relator.

18224—Chas. W. Hammond, Treas., v. John H. Winder, Receiver; error to Perry Appeals. Judgment reversed and judgment for plaintiff in error. Marshall, C. J., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock, 12-3-1923, 2 Abs. 83.

18470—William F. Jones v. Harry J. Stevens; error to Appeals Cuyahoga. Judgment of Appeals reversed and Common Pleas affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 13-26-24, 2 Abs. 244.

18514—State, ex rel. Harry Porter v. J. L. Clark et al.; error to Sandusky Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen and Robinson, JJ., concur. Kinkade, J., took no part in the consideration or decision of the case. Dock. 4-14-24, 2 Abs. 274.

18528—Cincinnati Base Ball Club v. Victoria Eno; error to Hamilton Appeals. Judgment affirmed. Marshall, C. J., Matthias, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-18-24, 2 Abs. 290.

18696—Marion Foundry Co. v. J. L. Landes, City Auditor; error to Marion Appeals. Judgment affirmed. Dock. 7-11-24, 2 Abs. 452.

18697—Thomas A. Clawson v. J. L. Landes, Auditor; error to Marion Appeals. Judgment affirmed. Dock. 7-11-24, 2 Abs. 452.

18797—Jean Joseph Davies, a minor, v. Zoa Kelley; error to Cuyahoga Appeals. Judgment reversed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 10-17-24, 2 Abs. 658.

## MOTION DOCKET

18866—Franklin County Commissioners v. Commercial National Bank, Columbus, et al—Motion to certify, Franklin Appeals—Allowed. Dock. 12-13-24, 3 Abs. 2.

18880—State, ex rel. James, v. Waldo E. Arnold, Constable, etc—Motion to certify; Monroe Appeals—overruled. Dock. 12-24-24, 3 Abs. 2.

18881—Lawrence O'Connor v. George Mackey et al.—Motion to certify; Cuyahoga Appeals—overruled. Dock. 12-27-24, 3 Abs. 2; OA. 3 Abs. 57.

18883—Wilson E. Warner et al. v. Joseph F. Piechocki—Motion to certify; Henry Appeals—overruled. Dock. 12-29-24, 3 Abs. 2; OS. Pend. 37; OA. 3 Abs. 12.

18884—Nick Orphan v. State—Motion to certify; Stark Appeals—overruled. Dock 12-30-24, 3 Abs. 2.

18885—Industrial Commission v. Susie Krol, Guardian—Motion to certify; Guernsey Appeals—overruled. Dock. 2-2-25, 3 Abs. 18; OS. Pend. 3 Abs. 132.

18886—Enos W. Xander, Extr. v. Charles E. Zehring et al.—Motion to certify; Clark Appeals—overruled. Dock. 3 Abs. 18. Overruled OS. Pend. 3 Abs. 284.

18888—Sterling Coal Co., Ltd. v. Frederick F. Mix—Motion to certify; Cuyahoga Appeals —overruled. Dock. 1-2-25; 3 Abs. 18; OS. Pend. 3 Abs. 149.

18889—Charles F. Schaefer v. N. J. Brewer, Admr—Motion to certify; Cuyahoga Appeals—overruled. Dock. 1-2-25, 3 Abs. 18.

18890—Elizabeth Dunstan v. Joseph Stork et al —Motion to certify; Lorain Appeals—overruled. Dock 1-2-25, 3 Abs. 18; OS. Pend. 3 Abs. 51.

18891—Paul Esway v. Canton (City)—Motion to certify; Stark Appeals—overruled. Dock. 1-3-25, 3 Abs. 18; OS. Pend. 3 Abs. 51.

18893—Northern Electric Co., Ltd., v. Electric Products Co.—Motion to certify; Cuyahoga Appeals—overruled. Dock. 1-5-23, 3 Abs. 18; OS. Pend. 3 Abs. 68.

18894—A. B. Sommers v. Putnam County Bd. Ed., et al—Motion to certify; Putnam Appeals —Allowed. Dock. 1-5-25, 3 Abs. 18.

18895—Portsmouth (City) v. Mitchell Manufacturing Co.—Motion to certify; Scioto Appeals—Allowed. Dock. 1-5-25, 3 Abs. 18.

18899—Beckenbach v. David Sunshine, Armand Drug & Candy Co., et al.—Motion to certify; Cuyahoga Appeals—overruled. Dock. 1-6-25, 3 Abs. 34.

18901—Columbus, Delaware & Marion Electric Co. v. Frank Carr—Motion to certify; Franklin Appeals—overruled. Dock 1-6-25, 3 Abs. 34; OA. 3 Abs. 90.

18903—Ida K. Widrig v. Joseph Levinson—Motion to certify; Hamilton Appeals—overruled. Dock. 1-13-25, 3 Abs. 24.

18905—J. H. Moser v. C. H. Simmons—Motion to certify; Knox Appeals—overruled 1-13-25, 3 Abs. 34; OA. 3 Abs. 85.

18906—Industrial Commission v. Clara Hesson—Motion to certify; Ashland Appeals—overruled. Dock. 1-14-25, 3 Abs. 34; OA. 3 Abs. 85.

18927—William K. Terry v. T. E. McShaffrey Construction Co.—Motion to certify; Summit Appeals—overruled. Dock. 1-27-25, 3 Abs. 66.

18966—State of Ohio v. Jesse E. Ladow—Motion to file pet. in error; Richland Appeals—overruled. Dock 1-19-25, 3 Abs. 130.